```
               UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America,
	Plaintiff

		v.
						Case No.  12-cr-167-01/03-SM

Thomas J. Dunn, Quentin Simon,
And Willie Ortiz,
	Defendants

O R D E R

Defendant Dunn's Assented-to Motion to Continue the final pretrial conference and trial for at least 90 days(document no. 20) is granted.   Trial has been rescheduled for the month of June 2013.  Defendant Dunn shall file a waiver of speedy trial rights on March 14, 2013.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for June 7, 2013 at 2:00 p.m.

```
     Jury selection will take place on June 18, 2013 at 9:30
a.m.

     SO ORDERED.
```

                                            Steven J. McAuliffe
                                            U.S. District Judge

March 4, 2013

cc:    Jonathan Saxe, Esq.
       Paul Garrity, Esq.
       Kevin E. Sharkey, Esq.
       Debra Walsh, AUSA
       U.S. Marshal
       U.S. Probation